UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        08-mc-25-JD

Thomas L. Morgenstern

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 11, 2008, no objection having been filed.

The taxpayer, Thomas L. Morgenstern, is ordered to appear on July 25, 2008 at 9:00 a.m. at 195 Commerce Way, Suite B, Portsmouth, New Hampshire, before Stephen A. Jerome, to give testimony and produce all books and records in his possession or control required and called for by the terms of the IRS summonses dated November 28, 2007.

SO ORDERED.

July 9, 2008                                        /s/ Joseph A. DiClerico, Jr.
                                                            Joseph A. DiClerico, Jr.
                                                            United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Thomas L. Morgenstern, pro se